UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SPARKMAN,

    Plaintiff,

  v.

PLEASANT VALLEY STATE PRISON,

    Defendant.

No. 2:15-cv-0865-EFB P

ORDER

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1]  He alleges a violation of his federal rights at Pleasant Valley State Prison, which is in Fresno, California.  Therefore, this action should have been commenced in the Fresno Division of the United States District Court for the Eastern District of California.  E.D. Cal. Local Rule 120(d).  Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

/////

/////

/////

---

[1] He also seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

1

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 29, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE